UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AARON BRUCE Individually, and as Parent of BREKKIN RILEY BRUCE, Deceased, and TRENTON BEAU BRUCE, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:20-cv-02636-JMS-MJD |
| BARNETS, INC., et al. | ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR NOVEMBER 19, 2020**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

Dated: 23 NOV 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.