UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY BRUCE as Special Conservator for Aaron Michael Bruce, a Protected Person, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:20-cv-02084-SEB-MJD<br>) |
| BARNETS, INC.,<br>GARY GREGG,<br>COREY R. WITHROW, | )<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTION TO CONSOLIDATE**

This matter is before the Court on the Joint Motion to Consolidate filed by Defendant Corey Withrow with the consent of all parties. [Dkt. 29.] The parties agree that this case should be consolidated with Cause No. 1:20-cv-2636-JMS-MJD because both cases arise out of the same accident. Accordingly, the Court **GRANTS** the motion and hereby orders as follows:

1. The Clerk is directed to also docket this Order in Cause No. 1:20-cv-02636-JMS-MJD.

2. The Clerk is further directed to **consolidate** Cause No. 1:20-cv-2636-JMS-MJD **into** 1:20-cv-02084-SEB-MJD, and to **close** 1:20-cv-2636-JMS-MJD. No final judgment shall issue in 1:20-cv-2636-JMS-MJD.

3. All future filings shall be in the consolidated action and shall bear the Cause No. 1:20-cv-02084-SEB-MJD.

4. Any appearance of counsel entered on behalf of any plaintiff or defendant in 1:20-cv-2636-JMS-MJD shall remain effective in the consolidated case.

5. The approved Case Management Plan [Dkt. 28] shall remain effective in the consolidated matter.

6. Pursuant to the Court's Order Regarding Motion to Stay [Dkt. 24], the consolidated action remains **stayed** as to Defendant Withrow only.

7. The consolidated matter remains set for a telephonic status conference on **Monday, December 28, 2020 at 4:00 p.m. (Eastern)**.  [Dkt. 35.]

SO ORDERED.

Dated:  2 DEC 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.